# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 14-5240** | **September Term, 2014** |
| | 1:14-cv-00837-CRC |
| | 1:14-cv-00853-CRC |
| | **Filed On:** December 10, 2014 |

Chris Rufer, et al.,

      Appellants

    v.

Federal Election Commission,

      Appellee

------------------------------

Consolidated with 14-5241

      **BEFORE:**   Garland, Chief Judge; Henderson, Rogers, Tatel, Brown, Griffith, Kavanaugh, Srinivasan, Millett, Pillard, and Wilkins, Circuit Judges

## O R D E R

    Upon consideration of the joint dismissal agreement filed December 2, 2014, and the stipulation dismissing Republican plaintiffs filed November 19, 2014, it is

    **ORDERED** that the Clerk note on the docket that these consolidated cases are dismissed. No mandate will issue.

### Per Curiam

                        FOR THE COURT:
                        Mark J. Langer, Clerk

            BY:    /s/
                        Michael C. McGrail
                        Deputy Clerk